# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,           ) | |
|                                    ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff,    ) | |
|                                    ) | |
| vs.                                ) | |
|                                    ) | Case No.: 1:23-cr-163 |
| Fortune Nqobile Majada,             ) | |
|                                    ) | |
| Defendant.   ) | |

---

The undersigned shall hold a pretrial status conference with counsel by telephone on September 27, 2023, at 11:30 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2023.

 */s/ Clare R. Hochhalter*
 Clare R. Hochhalter, Magistrate Judge
 United States District Court